**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**TYRONE MAYE,**

                  **Plaintiff,**             **1:10-cv-1260**
                                                       **(GLS/DRH)**
        **v.**

**STATE OF NEW YORK et al.,**

                  **Defendants.**
_____

**APPEARANCES:**                          **OF COUNSEL:**

**FOR THE PLAINTIFF:**
Tyrone Maye
Pro Se
1117 Texas Avenue
Houston, TX 77002

**FOR THE DEFENDANTS:**
*Habshi, Frettoloso,*
*Conine, Schwartz, and Morrison*
NO APPEARANCE

**Gary L. Sharpe**
**District Court Judge**

## MEMORANDUM-DECISION AND ORDER

Plaintiff *pro se* Tyrone Maye commenced this action against the defendants, asserting claims pursuant to 42 U.S.C. § 1983 and New York law for violations of his civil rights. On September 29, 2011, the court issued a memorandum-decision and order dismissing Maye's claims

against all of the defendants except Habshi, Frettoloso, Conine, Schwartz, and Morrison.  (*See* Dkt. No. 75.)  In so doing, Maye was provided with notice and an opportunity to address the timeliness of his claims against these defendants, notwithstanding the court's authority under 28 U.S.C. § 1915(e)(2)(B)(ii) to *sua sponte* dismiss time-barred claims.  (*See id.* at 12-13.)  Maye opted to do so, and filed a supplemental brief on this issue. (*See* Dkt. No. 77.)  Having reviewed Maye's brief—which essentially seeks to toll the statute of limitations on his 42 U.S.C. § 1983 claim on the date that Maye filed his notice of claim for his cause of action under N.Y. Gen. Mun. Law § 50—the court, for the reasons articulated in its September 29, 2011 memorandum-decision and order,[1] concludes that Maye's claims against the remaining defendants are untimely.  (*See generally* Dkt. No. 77.)  As such, Maye's claim against Habshi, Frettoloso, Conine, Schwartz, and Morrison are dismissed.

**WHEREFORE**, for the foregoing reasons, it is hereby

**ORDERED** that pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), Maye's claim against Habshi, Frettoloso, Conine, Schwartz, and Morrison are

---

[1] *See* Dkt. No. 75 at 12-13 (discussing the timeliness of Maye's Fourth Amendment claim against defendants Habshi, Frettoloso, Conine, Schwartz, and Morrison).

**DISMISSED** and Habshi, Frettoloso, Conine, Schwartz, and Morrison are **TERMINATED** as parties; and it is further

**ORDERED** that the Clerk close this case; and it is further

**ORDERED** that the Clerk provide a copy of this Memorandum-Decision and Order to the parties by mail and certified mail.

**IT IS SO ORDERED.**

November 15, 2011
Albany, New York

*Gary L. Sharpe*
Gary L. Sharpe
U.S. District Judge